COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | BTEC New Albany LLC, ReNew Albany Holdings, LLC, and Richard Woryk v. BTEC Turbines LP |
| Appellate case number: | 01-19-00819-CV |
| Trial court case number: | 2018-57828 |
| Trial court: | 125th District Court of Harris County |

Appellants, BTEC Albany LLC, ReNew Albany Holdings, LLC, and Richard Woryk, have filed an opposed motion to extend their briefing deadline in this accelerated appeal by 12 days to December 23, 2019. Appellee, BTEC Turbines LP, filed a response in opposition. Appellants' explanation for the requested extension is reasonable. *See* TEX. R. APP. P. 10.5(b). Accordingly, we **grant** appellants' motion. Appellants' brief is due **on or before December 23, 2019**. Appellee's brief remains due on January 21, 2020.

**No further extensions will be granted absent extraordinary circumstances.**

It is so ORDERED.

Judge's signature: ___/s/ Evelyn V. Keyes_____
☑ Acting individually    ☐ Acting for the Court

Date: __December 17, 2019___